NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INTELLECTUAL VENTURES II LLC,**
*Appellant*

v.

**ERICSSON INC., TELEFONAKTIEBOLAGET LM ERICSSON,**
*Appellees*

---

2016-1955

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-01185.

---

**JUDGMENT**

---

MICHAEL E. JOFFRE, Sterne Kessler Goldstein & Fox, PLLC, Washington, DC, argued for appellant. Also represented by PAUL ASHLEY AINSWORTH, LORI A. GORDON, PAULINE PELLETIER, BYRON LEROY PICKARD.

J. ANDREW LOWES, Haynes & Boone, LLP, Richardson, TX, argued for appellees. Also represented by CLINT S. WILKINS; DEBRA JANECE MCCOMAS, Dallas, TX.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, DYK, and STOLL, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 19, 2017
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court